**No. 10-5560. Joe Mack Brown, Jr., Petitioner v. Don Mills, Superintendent, Two Rivers Correctional Institution.**

562 U.S. 929, 131 S. Ct. 394, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7346.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5561. Messiah Ali Bey, Petitioner v. I.B.E.W. Local Union #3 Union Representatives, et al.**

562 U.S. 929, 131 S. Ct. 318, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7471,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 374 Fed. Appx. 187.

**No. 10-5562. James William Brown, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 318, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7319.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 18.

**No. 10-5563. Nathaniel Singleton, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 319, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7447.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 532.

**No. 10-5564. Nestor Quinones, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 319, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7490.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 34.

**No. 10-5565. Zachary Deveau, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 320, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7207.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5568. Robert Louis Salter, Jr., Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 320, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7498,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5570. James Cross, Petitioner v. Jim Benedetti, Warden, et al.**

562 U.S. 929, 131 S. Ct. 320, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7336.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.